IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
FEB 0 5 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:17-PO-5104-JCL |
| | CVB VIOLATION NO: |
| Plaintiff, | F4864293, F4864294 |
| vs. | JUDGMENT AND SENTENCE |
| DOUGLAS E. HAAS, | |
| Defendant. | |

Defendant appeared before the Court on December 7, 2017, on his arraignment on the above-referenced violation notices charging him with 16 USC 551 Building, maintaining, attending or using a fire/campfire and 16 USC 551 Giving any false, fictitious or fraudulent report, Class B misdemeanors. The Court advised Defendant of the charges, his rights relative to the charges, and the possible penalties. He stated he understood, and he entered a plea of guilty and no contest to the charges. The Court accepted his plea.

**THEREFORE, IT IS ORDERED** that Defendant is sentenced to pay a total of $200.00 for both violations. Defendant has requested to make payments on the total sum and shall do so by making payments of $66.00 per month. His payments shall be made on or before the 28th day of each month beginning on

JUDGMENT AND SENTENCE - PAGE 1

February 28, 2018, and continuing thereafter until the balance due is paid in full. His final payment of $68.00 will be due on or before April 28, 2018.

Defendant shall send his payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure proper credit to his violation notice Defendant's payments shall reference the violation notice number identified above.

Alternatively, Defendant may make payments through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant at 349 Popham Ln., Corvallis, MT 59828, the Central Violations Bureau, and to the U.S. Attorney's Office.

CVB shall enter **TE** as the disposition code.

DATED this 5 day of February, 2018.

_Jeremiah C. Lynch_
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB